# THE LAW OFFICE OF
# FRED LICHTMACHER, P.C.

2 WALL STREET - 10TH FLOOR
NEW YORK, NEW YORK 10005 - 2004

TELEPHONE: (212) 922-9066
FACSIMILE:  (212) 922-9077

JESSICA ACOSTA- ASSOCIATE

August 17, 2015

**BY ECF**
Honorable Gregory Woods
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>Ronald Moret v. City of New York, et al.</u>, 14-CV-6392 (GHW)

Your Honor:

    I represent the plaintiff in the above-entitled civil rights matter.

    I have been unable to contact my adversary, therefore I am submitting this letter from the plaintiff's position only as to the status of the matter.

    Most of the discovery has been completed and the remaining depositions have been scheduled. Plaintiff has submitted his expert disclosure in a timely manner.

    From plaintiff's perspective the only discovery remaining concerns details and documents regarding an arrest the defendants allegedly made at 11:30 p.m. and the deposition of the defendant PO Chambers. After that, plaintiff will be ready for trial.

                       Respectfully submitted

                       Fred Lichtmacher