# THE LAW OFFICE OF
# FRED LICHTMACHER, P.C.

2 WALL STREET - 10TH FLOOR
NEW YORK, NEW YORK 10005 - 2004

TELEPHONE: (212) 922-9066
FACSIMILE: (212) 922-9077

JESSICA ACOSTA- ASSOCIATE

December 2, 2015

**BY ECF**
Honorable Gregory Woods
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Ronald Moret v. City of New York, et al.</u>, 14-CV-6392 (GHW)

Your Honor:

I represent the plaintiff in the above-entitled civil rights matter.

Metropolitan Hospital, in which the plaintiff received most his treatment, is refusing to provide certified medical records for trial without a So Ordered subpoena returnable to the Court. In light of this situation plaintiff would like to know if the Court would agree to either So Order the form subpoena found online, if plaintiff should draft a subpoena from scratch or if the Court would like plaintiff to proceed in a different manner.

We are not submitting a proposed subpoena with this ECF submission due to plaintiff's privacy interests but we will of course do so immediately pursuant to the Court's ruling.

Respectfully submitted

Fred Lichtmacher

cc: Zachary Carter
Corporation Counsel
via ECF