# THE LAW OFFICE OF
# FRED LICHTMACHER, P.C.

2 WALL STREET - 10TH FLOOR
NEW YORK, NEW YORK 10005 - 2004

TELEPHONE: (212) 922-9066
FACSIMILE: (212) 922-9077

JESSICA ACOSTA- ASSOCIATE

December 2, 2015

**BY ECF**
Honorable Gregory Woods
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Ronald Moret v. City of New York, et al., 14-CV-6392 (GHW)

Your Honor:

I represent the plaintiff in the above-entitled civil rights matter.

Pretrial submissions are due on December 4, 2015. Pursuant to Your Honor's rules, cooperation is necessary for the joint segments of our submissions. For reasons known only to the defendants, they have run into problems and as of today, I have received nothing from them. I have submitted to them my proposed jury instructions and a proposed JPTO. My adversary requests five more days to complete our submissions. In light of the fact that the plaintiff still has seen nothing from the defendants plaintiff reluctantly joins in this request. I simply cannot adequately respond to defendants' submissions if I get them with so little time to analyze them.

                          Respectfully submitted

                          Fred Lichtmacher

cc:    Zachary Carter
       Corporation Counsel
       via ECF