1

I Ronald Moret, do swear to the following under penalty of perjury to the following.

I have done time in a state prison on one occasion only. On that occasion I was convicted of Criminal Possession of a Controlled Substance in the 3rd and Criminal Possession of a Weapon in the 2nd. I was incarcerated in January of 2000 and I was released on January 18, 2005.

I have not done any time since my release.

_____
Ronald Moret

Sworn to before me this 10th day of December 2015

_____
**NOTARY PUBLIC**

