# THE LAW OFFICE OF
# FRED LICHTMACHER, P.C.

2 WALL STREET - 10TH FLOOR
NEW YORK, NEW YORK 10005 - 2004

TELEPHONE: (212) 922-9066
FACSIMILE:  (212) 922-9077

JESSICA ACOSTA- ASSOCIATE

**Via ECF**
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:   <u>Ronald Moret v. City of New York, et al 14 CV 6392</u>

Your Honor:

Our office represents the plaintiff in the above-referenced matter. The Court requested the parties propose a new trial date. After consulting with adversary counsel, we determined that the week of February 15 works for both sides.

The Court also requested a new date by which defendants would respond to plaintiff's motions in limine. Plaintiff has not yet heard back from adversary counsel on that matter.

Respectfully submitted,

Fred Lichtmacher

cc:   Zachary Carter